# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLEISA JACKSON, on her on behalf and on behalf of others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | CIVIL ACTION NO. 1:12-CV-00454-JOF |
| GEORGIA COMMUNITY SUPPORT AND SOLUTIONS, INC., a Georgia Corporation, | : : : : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff Charleisa Jackson and all Opt-In Plaintiffs in this action against the Defendant.

Respectfully submitted this 29th day of June, 2012.

1593044.1

| | |
|---|---|
| **s/ CARLOS LEACH** | **s/ DAVID R. KRESSER** |
| Carlos V. Leach, Esq. | David R. Kresser, Esq. |
| FLBN: 0540021 | GABN: 429615 |
| Morgan & Morgan, P.A. | FISHER & PHILLIPS, LLP. |
| 20 N. Orange Ave., Ste. 1600 | 1075 Peachtree Street, NE |
| P.O. Box 4979 | Suite 350 |
| Orlando, FL 32802-4979 | Atlanta, GA  30309 |
| Telephone: (407) 420-1414 | Telephone: (404) 231-1400 |
| Facsimile: (407) 420-5956 | Facsimile: (404) 240-4249 |
| Email: cleach@forthepeople.com | Email: dkresser@laborlawyers.com |

*Attorney for Defendant*

**s/ DEIRDRE M. STEPHENS**
Deirdre M. Stephens-Johnson, Esq.
GABN: 678789
Morgan & Morgan, P.A.
191 Peachtree St. NE
Ste. 4200
Atlanta, GA 30303
Telephone: (404) 965-8811
Facsimile: (404) 965-8812
Email:djohnson@forthepeople.com

*Attorneys for Plaintiff and Opt-In Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 29th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

**s/ CARLOS LEACH**
Carlos V. Leach, Esquire

2

1593044.1